Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540

Trustee for Debtor(s)

The following constitutes the order of the court.
Signed August 22, 2016



_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Gil Galzote

debtor(s)

Chapter 13 Case No. 16-41301-WJL13

Hearing: 08/18/16
Time: 1:30 p.m.
Courtroom: 220

**ORDER SUSTAINING CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION**

A hearing was held regarding Confirmation of the Chapter 13 Plan, the Honorabale William J. Lafferty presiding. Appearances were stated on the record.

Good cause appearing, IT IS ORDERED:

The Chapter 13 Trustee's Objection to Confirmation is sustained.

END OF ORDER

COURT SERVICE LIST