Prober & Raphael, A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
Melissa A. Vermillion, Esquire #241354
Bonni S. Mantovani, Esquire #106353
Anna Landa, Esquire #276607
Diana Torres-Brito, Esquire #163193
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
(818) 227-0101 facsimile
cmartin@pralc.com
Attorneys for Objecting Secured Creditor U.S. Bank National Association, As Trustee For Mastr Adjustable Rate Mortgages Trust 2007-3 Mortgage Pass- Through Certificates, Series 2007-3
N.102-3147

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Bk. No. 16-41301 |
| Gil Galzote, | Chapter 13 |
| Debtor. | |

**NOTICE OF HEARING ON OBJECTIONS
TO DEBTOR'S PROPOSED CHAPTER 13 PLAN**

TO DEBTOR, DEBTOR'S ATTORNEY AND ALL INTERESTED PARTIES:

Notice is hereby given that on the November 10, 2016 at 1:30 p.m., before the Honorable William J. Lafferty in Courtroom 220 of the United States Courthouse, 1300 Clay Street, 2nd Floor,

///

///

Oakland, California, a hearing will be held regarding Secured Creditor's Objections to Debtor's Chapter 13 3rd Amended Plan filed September 13, 2016 at Docket entry #50.

DATED this  10th  day of  October, 2016 .

By /s/ Diana Torres-Brito
Diana Torres-Brito, Esquire #163193